Matthew A. ROGERS, Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, Respondent.

No. 04–3214.

United States Court of Appeals, Federal Circuit.

DECIDED: July 14, 2004.

Michael F. Bahler, Principal Attorney, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Matthew A. Rogers, of Counsel, Constable, NY, pro se.

**ORDER**

Order Vacated, See 2004 WL 1859767.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Cleveland M. COX, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 04–3179.

United States Court of Appeals, Federal Circuit.

DECIDED: July 14, 2004.

Cleveland Cox, of Counsel, Chicago, IL, for Petitioner.

Lisa B. Donis, Principal Attorney, William F. Ryan, Steven J. Abelson, David M. Cohen, of Counsel, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is .

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.